```
                                                            FILED
                                                    U.S. DISTRICT COURT
                                                       SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA     2007 JUN 22 PM 2: 47

SAVANNAH DIVISION                CLERK E. Bacon
                                 SO. DIST. OF GA.

| | |
|---|---|
| MILDRED GOLDEN ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | CIVIL ACTION NO. CV-406-036 |
| ) | |
| ) | JURY DEMAND |
| Ameriquest Mortgage Company ) | |
| | |
| Defendant | |

## STIPULATION OF DISMISSAL

COMES NOW the parties to this action, plaintiff, Mildred Golden, and Defendant Ameriquest Mortgage Company who hereby stipulate pursuant to Fed. R. Civ. Pro. 41 that the above matter may be dismissed as follows:

1. Plaintiff, Mildred Golden hereby dismisses this action with prejudice.

Dated this 22nd day of June of 2007.

_____
Murphy A. Cooper, III
Georgia Bar No. 186170
22 West Bryan Street, #356
Savannah, GA 31401
Attorney for Mildred Golden

_____
John O'Shea Sullivan, Esq
Georgia Bar No. 691305
171 Seventeenth Street Suite 1100
Atlanta, Georgia 30363
Attorney for Ameriquest

APPROVED: _____
          U.S. District Judge

```
                     FILED
              U.S. DISTRICT COURT
                 SAVANNAH DIV.
              2007 JUN 26 PM 2: 18
              CLERK
              SO. DIST. OF GA.
```

27